JASON M. FRIERSON, NVSBN 7709
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Office 7
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUDY JEANNE ARCHULETA | )<br>) Case No.: 3:24-cv-00126-CLB |
| Plaintiff, | )<br>) |
| v. | ) **ORDER GRANTING**<br>) **UNOPPOSED MOTION FOR**<br>) **EXTENSION OF TIME** |
| MARTIN O'MALLEY, | ) (***FIRST REQUEST***) |
| Commissioner of Social Security, | ) |
| Defendant. | )<br>) |
| | ) |

Defendant, Martin O'Malley, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 13, filed on July 12, 2024), currently due on August 12, 2024, by 30 days, through and including September 11, 2024. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to September 25, 2024.

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Counsel is currently in the process of determining whether a settlement agreement is possible in this case. Additional time is required for Defendant's undersigned counsel and

specialized attorneys within the undersigned's office to consider this option. If the case cannot be settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Brief by the new due date of September 11, 2024. Counsel for Defendant advised counsel for Plaintiff of the need for this extension on August 1, 2024. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including September 11, 2024. This request is made in good faith and with no intention to unduly delay the proceedings.

Dated: August 2, 2024                    Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: _August 5, 2024_____

2